TIMOTHY COURCHAINE
United States Attorney
District of Arizona

TRAVIS L. WHEELER
Arizona State Bar No. 036083
BRADLEY BAUGHER
Arizona State Bar No. 032920
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: travis.wheeler@usdoj.gov
Email: bradley.baugher@usdoj.gov
*Attorneys for Plaintiff*

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 2 4 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.   CR-26-00154-PHX-SMB (MTM) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO:   18 U.S.C. § 371 (Conspiracy) Count 1 |
| 1. Jorge Alain Corona, (Counts 1, 8, 9, and 10) | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (Material False Statement During the Purchase of a Firearm) Counts 2-7 |
| 2. Alejandro Corona, (Count 1 and 10) | |
| 3. Jonathan Ventura Bravo, (Counts 1 and 5) | 18 U.S.C. § 924(a)(1)(A) (False Statement During the Purchase of a Firearm) Counts 8 and 9 |
| 4. Marvin Agustin Teutle, (Counts 1, 4, and 10) | |
| 5. Jesus Roberto Corella Mares, (Count 1) | 18 U.S.C. § 924(h) (Receipt or Transfer of a Firearm Knowing it will be used to Commit a Felony) Count 10 |
| 6. Rosario Agustin Teutle, (Counts 1, 6, and 10) | |
| 7. April Denise Corral Aldecoa, (Counts 1, 2, and 10) | |
| 8. Linda-Ana Grace Camarillo, and (Counts 1, 3, and 10) | 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |
| 9. Jose Ruben Quiroz, (Counts 1 and 7) | |
| Defendants. | |

**THE GRAND JURY CHARGES:**

## COUNT 1

### Introduction

1.      Only licensed firearms importers, manufacturers, or dealers may engage in the business of dealing in firearms or in the course of such business may ship or transport firearms in interstate and foreign commerce.

2.      At all times relevant to this Indictment, Defendants JORGE ALAIN CORONA, ALEJANDRO CORONA, JONATHAN VENTURA BRAVO, MARVIN AGUSTIN TEUTLE, JESUS ROBERTO CORELLA MARES, ROSARIO AGUSTIN TEUTLE, APRIL DENISE CORRAL ALDECOA, LINDA-ANA GRACE CAMARILLO, and JOSE RUBEN QUIROZ were not licensed under the provisions of Chapter 44 of Title 18, United States Code to deal in firearms.

3.      At all times relevant to this Indictment, Sprague's Sports, Flawless Ballistics, Inc., Grips by Larry, EJS Magazines and Clips and Gun Accessories LLC, and Pistol Parlour were Federal Firearms Licensees (FFLs) operating in Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code. As such, the provisions of Chapter 44 of Title 18 required FFLs to maintain certain records of firearms transaction, including Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record. ATF Form 4473 requires a firearms purchaser truthfully to provide certain information, including the purchaser's residential address and whether the person purchasing a firearm is the true purchaser of the firearm.

### The Conspiracy to Commit the Offense of Making a Material False Statement During Purchase of a Firearm

4.      From an unknown date through on or about April 21, 2024, in the District of Arizona and elsewhere, Defendants JORGE ALAIN CORONA, ALEJANDRO CORONA, JONATHAN VENTURA BRAVO, MARVIN AGUSTIN TEUTLE, JESUS ROBERTO CORELLA MARES, ROSARIO AGUSTIN TEUTLE, APRIL DENISE CORRAL ALDECOA, LINDA-ANA GRACE CAMARILLO, and JOSE RUBEN

- 2 -

1  QUIROZ did knowingly and intentionally combine, conspire, confederate, and agree

2  together and with persons known and unknown, to commit the offense of Making a

3  Material False Statement in the Acquisition of a Firearm, in violation of Title 18, United

4  States Code, Sections 922(a)(6) and 924(a)(2).

5  **Purpose of the Conspiracy**

6  5.    The purpose of this conspiracy was to (i) unlawfully acquire firearms at the

7  direction of and on the behalf of other individuals, (ii) by means of the use false statements

8  and representations that were made with the intent that said false statements and

9  representations would be submitted into the records required by law to be kept by FFLs;

10  and (iii) export and/or send firearms to the true purchasers and end users; specifically, with

11  regard to the false statements and presentations used in the purchase of each firearm, that

12  the individual completing the record was the actual transferee/buyer of the firearm and not

13  acquiring the firearm on behalf of another person, when in fact the individual completing

14  the record was acquiring the firearm on behalf of another person.  The firearms that were

15  acquired pursuant to this conspiracy included:

16  • One Barrett, model 107A1, .50 caliber BMG rifle, serial number AE009805;

17  • Two Barrett, model 82A1, .50 caliber BMG rifles, serial numbers AA009858;

18     AA014677;

19  • Five Ohio Ordnance Works, model M2-SLR, .50 caliber BMG rifle, serial number

20     850392; 850404; 850406; 850440; and 850483;

21  • Four Ohio Ordnance Works, model M240 SLR, 7.62 caliber rifles, serial numbers:

22     241050, 241083, 241084, and 241085;

23  • One Glock, model 17 Gen 4, 9mm pistol, serial number AGLN365;

24  • One Glock, model 47, 9mm pistol, serial number BZXM627;

25  • One FN America, model 249S, 5.56x45mm caliber rifle, serial number

26     M249SA09468

27  //

28  //

**The Means and Methods of the Conspiracy**

6.     The means and methods employed by Defendants and their known and unknown co-conspirators to carry out the conspiracy and effects its unlawful object are as follows:

a. It was part of the conspiracy that certain Defendants would receive orders and directions regarding the acquisition of firearms from other Defendants and/or co-conspirators who were the true purchasers of the firearms.

b. It was further part of the conspiracy that certain Defendants would coordinate the delivery of money to purchase the firearms to the individuals or other Defendants who were purchasing the items.

c. It was further part of the conspiracy that certain Defendants would purchase the firearms themselves or find other individuals to purchase the firearms from federally licensed firearms dealers in the District of Arizona.

d. It was further part of the conspiracy that other individuals or the Defendants would purchase firearms at the direction of, and on behalf of, the other Defendants and/or co-conspirators in exchange for payment.

e. It was further part of the conspiracy that, in purchasing the firearms, these individuals or Defendants would make false statements and representations to the federally licensed firearms dealers. In connection with each illegal purchase of a firearm, the purchasing individual or a Defendant would state that s/he was the actual transferee/buyer of the firearm(s).

f. It was further part of the conspiracy that certain Defendants would sometimes transport the individual who was purchasing the firearms to the business of the federally licensed firearms dealer to purchase the firearms.

g. It was further part of the conspiracy that, after the firearms were purchased, certain Defendants would coordinate the delivery of the purchased firearms to the Defendants or other co-conspirators.

//

- 4 -

**Overt Acts**

7.      In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

  a. In or around March 2020, Defendant JORGE ALAIN CORONA recruited coconspirator Julian Barajas to purchase a firearm (Barrett, model 82A1, .50 caliber BMG rifle, serial number AA009858) from Sprague's Sports, an FFL in Yuma, Arizona. During the purchase, Mr. Barajas represented on ATF Form 4473 that he was the actual purchaser of the firearm when in fact he was acquiring the firearm on behalf of other people in exchange for payment.

  b. On or about December 2, 2022, JORGE ALAIN CORONA and ALEJANDRO CORONA recruited co-defendants APRIL DENISE CORRAL ALDECOA and LINDA-ANA GRACE CAMARILLO to purchase firearms from Flawless Ballistics, Inc., an FFL operating at the Crossroads of the West Gun Show in Phoenix, Arizona. JORGE ALAIN CORONA drove APRIL DENISE CORRAL ALDECOA and LINDA-ANA GRACE CAMARILLO to the Crossroads of the West Gun Show, provided them with cash to purchase the firearms and instructions on which firearms to purchase.

  c. APRIL DENISE CORRAL ALDECOA successfully completed the purchase of a firearm (Barrett, model 82A1, .50 caliber BMG rifle, serial number AA0014677). During that purchase, APRIL DENISE CORRAL ALDECOA represented on the ATF Form 4473 that she was the actual purchaser of the firearm, when in fact she was acquiring the firearm on behalf of JORGE ALAIN CORONA in exchange for payment.

  d. LINDA-ANA GRACE CAMARILLO attempted to purchase a firearm (Barrett, model 82A1), and completed an ATF Form 4473 representing that she was the actual purchaser of the firearm, when in fact she was attempting to acquire the firearm on behalf of JORGE ALAIN CORONA in exchange for payment.

  e. JORGE ALAIN CORONA successfully completed the purchase of a firearm

- 5 -

1  (Barrett, M107A1 .50 caliber rifle, serial number AE009805). During that
2  purchase, JORGE ALAIN CORONA completed an ATF Form 4473
3  representing that he was the actual purchaser when in fact he was acquiring the
4  firearm on behalf of other individuals.

5  f.  After finishing at the gun show, JORGE ALAIN CORONA drove APRIL
6  DENISE CORRAL ALDECOA and LINDA-ANA GRACE CAMARILLO
7  back to Yuma, Arizona, where he paid APRIL DENISE CORRAL ALDECOA
8  and LINDA-ANA GRACE CAMARILLO $2,000 for their straw purchase.
9  JORGE ALAIN CORONA also provided APRIL DENISE CORRAL
10  ALDECOA with a fake bill of sale for the one firearm she purchased.

11  g.  On or about July 2, 2023, ALEJANDRO CORONA recruited coconspirator
12  MARVIN AGUSTIN TEUTLE to straw purchase four firearms on his behalf
13  from an FFL. ALEJANDRO CORONA provided MARVIN AGUSTIN
14  TEUTLE with $150,000 in cash to complete the purchase.

15  h.  MARVIN AGUSTIN TEUTLE subsequently completed the purchase of the four
16  firearms (four Ohio Ordnance Works, model M2-SLR, .50 caliber BMG rifles,
17  serial numbers 850392; 850404; 850406; and 850440) from the FFL, Grips by
18  Larry. During that purchase MARVIN AGUSTIN TEUTLE completed ATF
19  Form 4473 (dated July 2, 2023) representing that he was the actual purchaser of
20  the firearms, when in fact he was acquiring the firearms on behalf of another
21  person in exchange for payment. After purchasing the firearms, MARVIN
22  AGUSTIN TEUTLE transported and delivered the firearms to ALEJANDRO
23  CORONA. In exchange, ALEJANDRO CORONA paid MARVIN AGUSTIN
24  TEUTLE a total of $14,000.

25  i.  Once in possession of the firearms, ALEJANDRO CORONA arranged for the
26  firearms to be delivered to the coconspirator or other individual who was the true
27  purchaser of the firearm.

28  j.  On or about July 26, 2023, JORGE ALAIN CORONA and ALEJANDRO

- 6 -

CORONA recruited JONATHAN VENTURA BRAVO, ROSARIO AGUSTIN TEUTLE, and JESUS ROBERTO CORELLA MARES to straw purchase firearms from an FFL.

k.  During this event, JORGE ALAIN CORONA and JONATHAN VENTURA BRAVO each completed an ATF Form 4473 (dated July 26, 2023) and purchased a total of six firearms from the FFL (four Ohio Ordnance Works, model M240 SLR, 7.62 caliber rifles, serial numbers: 241050, 241083, 241084, and 241085; one Glock, model 17 Gen 4, 9mm pistol, serial number AGLN365; and one Glock, model 47, 9mm pistol, serial number BZXM627).

l.  JORGE ALAIN CORONA, on the ATF Form 4473 he completed, provided a false address and indicated that he was the actual purchaser of the firearms.

m. JONATHAN VENTURA BRAVO, on the ATF Form 4473 he completed, indicated that he was the actual purchaser of the firearms when in fact he was acquiring the firearms for another person.

n.  On that same day, July 26, 2023, ROSARIO AGUSTIN TEUTLE and JESUS ROBERTO CORELLA MARES drove from Phoenix, Arizona, to the same FFL in Kingman, Arizona, and attempted to purchase firearms.

o.  ROSARIO AGUSTIN TEUTLE attempted to purchase an Ohio Ordnance Works, model M240 SLR, 7.62 caliber rifles, serial number: 241049. During the attempted purchase, ROSARIO AGUSTIN TEUTLE completed an ATF Form 4473, dated July 26, 2023, before abandoning the purchase due to lack of payment. On the ATF Form 4473, ROSARIO AGUSTIN TEUTLE provided an incorrect address and represented that she was the actual purchaser of the firearm, when in fact she was acquiring the firearm for another person. ROSARIO AGUSTIN TEUTLE told investigators that she was to be paid $1,500 for the firearm purchase but was never paid because the transaction was not completed.

p.  JESUS ROBERTO CORELLA MARES also attempted to purchase a firearm

(an Ohio Ordnance Works, model M240 SLR, 7.62 caliber rifles, serial number: 241086), and completed an ATF Form 4473. On the ATF Form 4473, dated July 26, 2023, JESUS ROBERTO CORELLA MARES represented that he was the actual purchaser of the firearm when in fact he was acquiring the firearm for another person.

q. In November 2023, ALEJANDRO CORONA recruited MARVIN AGUSTIN TEUTLE to straw purchase a firearm (an Ohio Ordnance Works, model M2-SLR, .50 caliber BMG rifle, serial number 850483) from Pistol Parlour, an FFL in Mesa, Arizona.

r. ALEJANDRO CORONA provided money to MARVIN AGUSTIN TEUTLE to complete the purchase. On November 3, 2023, after receiving the money, MARVIN AGUSTIN TEUTLE ordered the firearm from an online website to be delivered to Pistol Parlour in Mesa, Arizona. On November 7, 2023, MARVIN AGUSTIN TEUTLE drove with JESUS ROBERTO CORELLA MARES to Pistol Parlour to attempt to complete the purchase of the firearm. JESUS ROBERTO CORELLA MARES attempted to complete the purchase and collect the firearm but was not permitted to do so because MARVIN AGUSTIN TEUTLE's credit card was used to order the firearm. The sale of the firearm was not completed.

s. On or about January 4, 2024, ALEJANDRO CORONA and JORGE ALAIN CORONA recruited JOSE RUBEN QUIROZ to complete the straw purchase of a firearm (one FN America, model 249S, 5.56x45mm caliber rifle, serial number M249SA09468) from Firearms Unknown, an FFL in Yuma, Arizona. QUIROZ completed the purchase and delivered the firearm to ALEJANDRO, who paid QUIROZ $4,000 after delivery.

t. During the purchase, QUIROZ completed an ATF Form 4473, dated January 4, 2024, representing that he was the actual purchaser of the firearm when in fact he was acquiring the firearm for another person in exchange for payment. After

- 8 -

1       receiving the firearm from QUIROZ, ALEJANDRO CORONA gave the firearm

2       to an unknown person in Yuma, Arizona.

3       All in violation of Title 18, United States Code, Section 371.

4       **COUNT 2**

5       On or about December 2, 2022, in the District of Arizona, Defendant APRIL

6  DENISE CORRAL ALDECOA, in connection with the acquisition of a firearm from a

7  licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code,

8  knowingly made a false and fictitious statement to the licensed firearms dealer, Flawless

9  Ballistics, Inc., which statement was intended and likely to deceive the dealer as to a fact

10 material to the lawfulness of such sale of said firearm to the Defendant under Chapter 44

11 of Title 18, in that the Defendant executed a Department of Justice, Bureau of Alcohol,

12 Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating she

13 was the actual transferee/buyer of the firearm, whereas in truth and fact, she knew she was

14 buying the firearm on behalf of another person.

15      In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

16      **COUNT 3**

17      On or about December 2, 2022, in the District of Arizona, Defendant LINDA-ANA

18 GRACE CAMARILLO, in connection with the acquisition of a firearm from a licensed

19 dealer of firearms within the meaning of Chapter 44, Title 18, United States Code,

20 knowingly made a false and fictitious statement to the licensed firearms dealer, Flawless

21 Ballistics, Inc., which statement was intended and likely to deceive the dealer as to a fact

22 material to the lawfulness of such sale of said firearm to the Defendant under Chapter 44

23 of Title 18, in that the Defendant executed a Department of Justice, Bureau of Alcohol,

24 Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating she

25 was the actual transferee/buyer of the firearm, whereas in truth and fact, she knew she was

26 buying the firearm on behalf of another person.

27      In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

28 //

- 9 -

**COUNT 4**

On or about July 2, 2023, in the District of Arizona, Defendant MARVIN AGUSTIN TEUTLE, in connection with the acquisition of firearms from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to the licensed firearms dealer, Grips by Larry, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of said firearms to the Defendant under Chapter 44 of Title 18, in that the Defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating he was the actual transferee/buyer of the firearms, whereas in truth and fact, he knew he was buying the firearms on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 5**

On or about July 26, 2023, in the District of Arizona, Defendant JONATHAN VENTURA BRAVO, in connection with the acquisition of firearms from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to the licensed firearms dealer, EJS Magazines and Clips and Gun Accessories LLC, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of said firearms to the Defendant under Chapter 44 of Title 18, in that the Defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating he was the actual transferee/buyer of the firearms, whereas in truth and fact, he knew he was buying the firearms on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 6**

On or about July 26, 2023, in the District of Arizona, Defendant ROSARIO AGUSTIN TEUTLE, in connection with the acquisition of a firearm from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly

- 10 -

1   made a false and fictitious statement to the licensed firearms dealer, EJS Magazines and

2   Clips and Gun Accessories LLC, which statement was intended and likely to deceive the

3   dealers, as to a fact material to the lawfulness of such sale of said firearm to the Defendant

4   under Chapter 44 of Title 18, in that the Defendant executed a Department of Justice,

5   Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction

6   Report, stating she was the actual transferee/buyer of the firearm, whereas in truth and fact,

7   she knew she was buying the firearm on behalf of another person.

8        In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

9                                            **COUNT 7**

10       On or about January 4, 2024, in the District of Arizona, Defendant JOSE RUBEN

11  QUIROZ, in connection with the acquisition of a firearm from a licensed dealer of firearms

12  within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false

13  and fictitious statement to the licensed firearms dealer, Firearms Unknown/Hiram's Guns,

14  which statement was intended and likely to deceive the dealers, as to a fact material to the

15  lawfulness of such sale of said firearm to the Defendant under Chapter 44 of Title 18, in

16  that the Defendant executed a Department of Justice, Bureau of Alcohol, Tobacco,

17  Firearms and Explosives Form 4473, Firearm Transaction Report, stating he was the actual

18  transferee/buyer of the firearm, whereas in truth and fact, he knew he was buying the

19  firearm on behalf of another person.

20       In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

21                                         **COUNTS 8 – 9**

22       On or about the dates below, in the District of Arizona, Defendant JORGE ALAIN

23  CORONA knowingly made false statements and representations to the businesses below,

24  which are licensed under the provisions of Chapter 44 of Title 18, United States Code, with

25  respect to information required by the provision of Chapter 44 of Title 18, United States

26  Code, to be kept in the records of the business, in that Defendant JORGE ALAIN

27  CORONA did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and

28  Explosives (ATF) Form 4473, Firearms Transaction Record, stating that he resided at the

address listed on the ATF Form 4473, when in truth and in fact, he knew he resided at a
different address.

| Count | Date | FFL (Business) |
|-------|------|----------------|
| 8 | December 2, 2022 | Flawless Ballistics, Inc. (Tucson, Arizona) |
| 9 | July 26, 2023 | EJS Magazines and Clips and Gun Accessories, LLC (Kingman, Arizona) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNT 10

Between an unknown date, and on or about April 21, 2024, in the District of Arizona
JORGE ALAIN CORONA, ALEJANDRO CORONA, MARVIN AGUSTIN TEUTLE,
ROSARIO AGUSTIN TEUTLE, APRIL DENISE CORRAL ALDECOA, and LINDA-
ANA GRACE CAMARILLO did knowingly receive or transfer firearms, or attempt to
receive or transfer firearms, knowing or having reasonable cause to believe that such
firearms would be used to commit a felony, to wit: Smuggling Goods from the United
States, in violation of Title 18, United States Code, Section 554(a);

All in violation of Title 18, United States Code, Section 924(h).

### FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations in Counts 1-10 of this
Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C.
§ 2461(c), and upon conviction of the offenses alleged in Counts 1-10 of this Indictment,
the defendant(s) shall forfeit to the United States of America all right, title, and interest in
(a) any property constituting, or derived from, any proceeds the persons obtained, directly
or indirectly, as the result of the offense, and (b) any of the defendant's property used, or
intended to be used, in any manner or part, to commit, or to facilitate the commission of,
such offense as to which property the defendants is liable, including, but not limited to, the

following property involved and used in the offense:

     (1) One Barrett, model 107A1, .50 caliber BMG rifles, serial number AE009805;

     (2) Two Barrett, model 82A1, .50 caliber BMG rifles, serial numbers AA009858; AA014677;

     (3) Four Ohio Ordnance Works, model M2-SLR, .50 caliber BMG rifle, serial number 850392; 850404; 850406; and 850440;

     (4) Four Ohio Ordnance Works, model M240 SLR, 7.62 caliber rifles, serial numbers: 241050, 241083, 241084, and 241085;

     (5) One Glock, model 17 Gen 4, 9mm pistol, serial number AGLN365;

     (6) One Glock, model 47, 9mm pistol, serial number BZXM627;

     (7) One FN America, model 249S, 5.56x45mm caliber rifle, serial number M249SA09468

If any forfeitable property, as a result of any act or omission of the defendant:

     (1) cannot be located upon the exercise of due diligence,

     (2) has been transferred or sold to, or deposited with, a third party,

     (3) has been placed beyond the jurisdiction of the court,

     (4) has been substantially diminished in value, or

     (5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

//

//

//

//

- 13 -

1    All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28

2    U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

3                                              A TRUE BILL

4

5                                              *S/*
                                               FOREPERSON OF THE GRAND JURY
6                                              Date: February 24, 2026

7    TIMOTHY COURCHAINE
     United States Attorney
8    District of Arizona

9

          *S/*
10   TRAVIS L. WHEELER
     BRADLEY BAUGHER
11   Assistant U.S. Attorneys

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28